UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY WIECKHORTS,

       Plaintiff,                                Case No. 1:10-cv-204

v.                                                    Hon. Janet T. Neff

HARRIET SQUIRE, et al.,

       Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 25), filed August 27, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant Stieve's Motion to Dismiss and Defendant Karp's Motion for Summary Judgment (Dkt. 21) is **GRANTED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: September 24, 2010                          /s/Janet T. Neff
                                                                               JANET T. NEFF
                                                                               UNITED STATES DISTRICT JUDGE